UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:06-cr-8-11-LJM-DKL |
| | ) | |
| JAKE E. ESTES, | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court pursuant to the April 8, 2013 Order entered by the Honorable Larry J. McKinney designating the duty Magistrate Judge to conduct a hearing on the Petition for Summons or Warrant for Offender Under Supervision filed on July 1, 2011. Pursuant to that Order, the Court herein submits proposed Findings of Facts and Recommendations for disposition under Title 18 U.S.C. §§ 3401(i) and 3583(e). Proceedings were held on April 10, 2013, in accordance with Rule 32.1 of the *Federal Rules of Criminal Procedure*.[1]

On April 10, 2013, Jake E. Estes ("Estes") appeared in person with appointed counsel, Joe Cleary . The government appeared by Josh Minkler, Assistant United States Attorney. U. S. Parole and Probation appeared by Jason Phillips,  U. S. Parole and Probation officer.

The Court conducted the following procedures in accordance with Rule 32.1(b)(2), Fed. R. Crim. P. and Title 18 U.S.C. § 3583:

---

[1] All proceedings were recorded by suitable sound recording equipment unless otherwise noted. *See,* Title 18 U.S.C.  § 3401(e).

1.      Estes was re-advised of the nature of the violations alleged against him and acknowledged receipt of the notice of said allegations.

2.      Estes stipulated that he committed Violations 1 through 4, as set forth in the Petition for Warrant or Summons for an Offender Under Supervision, filed with the Court on July 1, 2011 as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1** | **"The defendant shall not commit another federal, state, or local crime."** |
| **2** | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."** |
| **3** | **"The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered."** |
| **4** | **"The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."** |

On June 29, 2011, Hanover Police, in conjunction with the United States Postal Inspection Service, conducted a controlled delivery of a large amount of marijuana to 331 W. Lagrange Road, Madison, Indiana. A female accepted and signed for the package.

A search warrant was obtained for the package through the U.S. District Court for the Southern District of Indiana.

Officers maintained surveillance of the address and saw the defendant arrive and place the package containing marijuana in his vehicle. They conducted a traffic stop and located the package in the front passenger seat of the vehicle. Upon executing the search warrant, officers located approximately six pounds of marijuana in the package. They also recovered approximately $1,600 cash from various locations within the vehicle.

The defendant is charged with Possession of Marijuana as a Class D felony, in Jefferson County, Indiana, Superior Court.

3.      The highest grade of Violation (Violation 1) is alleged as a Grade B violation, pursuant to U.S.S.G. § 7B1.1(a)(2).

4.      The criminal history category for Estes  is  I.

5.      The term of imprisonment applicable upon revocation of Estes's supervised release, therefore, is 4-10 months' imprisonment.  *See*, U.S.S.G. § 7B1.4(a).

6.      The parties agreed that revocation and a term of imprisonment of 6 months with no supervised release to follow was an appropriate disposition of the case.

The Court, having heard the admissions of the defendant, the stipulations of the parties, and the arguments and discussions on behalf of each party, **NOW FINDS** that the defendant, Jake E. Estes, violated the above-delineated condition in the Petition.

Mr. Estes's supervised release is therefore **REVOKED** and he is sentenced to the custody of the Attorney General or his designee for a period of 6 months, with no supervised release to follow.

The Magistrate Judge requests that Jason Phillips, U. S. Parole and Probation Officer, prepare for submission to the Honorable Larry J. McKinney, District Judge, as soon as practicable, a supervised release revocation judgment, in accordance with these findings of facts, conclusions of law and recommendation.

Counsel for the parties and Mr. Bryant stipulated in open court waiver of the following:

1.  Notice of the filing of the Magistrate Judge's Report and Recommendation;

2.  Objection to the Report and Recommendation of the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §636(b)(1)(B); Rule 72(b), *Federal Rules of Civil Procedure*, and S.D.Ind.L.R.72.1(d)(2), *Local Rules of the U.S. District Court for the Southern District of Indiana.*

Counsel for the parties and Mr. Estes entered the above stipulations and waivers after being notified by the undersigned Magistrate Judge that the District Court may refuse to accept the stipulations and waivers

and conduct a revocation hearing pursuant to Title 18 U.S.C. §3561 *et seq.* and Rule 32.1 of the *Federal Rules of Criminal Procedure* and may reconsider the Magistrate Judge's Report and Recommendation, including making a *de novo* determination of any portion of the Report or specified proposed findings or recommendation upon which he may reconsider.

**WHEREFORE,** the U. S. Magistrate Judge **RECOMMENDS** the Court adopt the above report and recommendation revoking Mr. Estes's supervised release and imposing a sentence of imprisonment of 6 months in the custody of the Attorney General or his designee with no supervised release to follow.

**IT IS SO RECOMMENDED** this   04/12/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Josh J. Minkler
Assistant United States Attorney

Joe Cleary
Indiana Community Federal Defender

U. S. Parole and Probation

U. S. Marshal