UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:06-cr-0008-LJM-DKL-11 |
| ) | |
| JAKE ESTES, ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Jake Estes' supervised release be revoked, pursuant to Title 18 U.S.C. § 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. § 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 6 months in the custody of the Attorney General. Upon Mr. Estes' release from confinement, he will not be subject to supervised release.

SO ORDERED this  04/16/2013

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler
Assistant U. S. Attorney
josh.minkler@usdoj.gov

Joe Cleary,
Office of Indiana Federal Community Defender
joe_cleary@fd.org

U. S. Parole and Probation

U. S. Marshal